RECEIVED IN CLERK'S OFFICE
D.C. - Atlanta

AUG 0 1 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD GILFORD

      Plaintiff,

Vs.

CASE NO:
1:16-CV-2789

RUBIN LUBLIN, LLC
SELECT PORTFOLIO SERVICING, INC.
BANK OF NEW YORK MELLON
CORPORATION

      Defendants,

## PETITION FOR DECLARATORY JUDGMENT
### Pursuant to Rule 57 of the Federal Rules of Civil Procedure

COMES NOW Plaintiff in the above styled action petitions this honorable court to enter a Judgment Decree in favor of the Plaintiff. The Plaintiff hereby **disputes the debt and demamd validation thereof**. The property addresses is 4054 Lyon Boulevard, GA 30331. This petition is set forth on the following grounds;

1.

The Defendants is a Debt Collector as stated in the attached "Initial Communication Letter" and as defined in 15 U.S.C.1692 (g)(b) having legal duty to **cease collection of the debt.** The Plaintiff did in fact respond with a **debt validation request** within 30days of **receipt** thereof. The Defendant is not permitted proceed with the foreclosure of the instant Real Property of the Plaintiff pursuant to O.C.G.A. 23-2-114 that reads as follows;

Powers of sale in deeds of trust, mortgages, and other instruments shall be **strictly construed** and shall be fairly exercised.

2.

The Defendant did unlawfully violate O.C.G.A. 51-1-8 having a legal duty to abort foreclosure thereby establishing a **right of action** that reads as follows:

Private duties may arise from **statute** or from relations created by contract, express or implied. The violation of a private duty, accompanied by damage, shall give a right of action.

3.

The Defendants has failed to validate the debt as required by Fair Debts Collections Practices Act 15 U.S.C.1692 (g)(b)and 809B that reads as follows:

FAIR DEBTS COLLECTIONS PRACTICES ACT 809B
(b) If the consumer notifies the debt collector in writing within the thirty-day

period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector **shall cease collection of the debt**, or any disputed portion thereof, until the debt collector obtains verification of the debt.

4.

The Defendant must comply with federal law as a Constitutional matter under Article 6 paragraph 2 of the U.S. Constitution (Edgar v. Mite Corporation, 457 U.S. 624 (1982), with federal law being mandatory authority.

(Copy of Article 6 paragraph 2 of the U.S. Constitution reads as follows)

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding.

In Edgar v. Mite Corporation, 457 U.S. 624 (1982), the Supreme Court ruled: "A ruling or state statute is void to the extent that it actually conflicts with a valid federal statute."

In a similar opinion, Stone v. City and County of San Francisco (968 F.2d 850, 862 (9th Cir. 1992), the court held on the issue of injunction and remediation, "otherwise valid **state laws or court orders cannot** stand in the way of a federal court's remedial scheme if the action is essential to enforce the scheme."

5.

The Defendant did violate Fair Debts Collections Practices Act 809B: and having a legal duty to **cease and desist** from conducting and foreclosure proceedings pursuant to O.C.G.A. 51-1-8.

WHEREFORE PLAINTIFF DEMANDS THE FOLLOWING RELIEF;

1. This honorable Court Stay all foreclosure proceedings.

2. This honorable Court grant all relief this Court deems just and proper.

This 1st day of August, 2016.

Respectfully submitted,

RONALD GILFORD
Plaintiff
Pro se

## VERIFICATION

## (Affidavit)

The undersigned Affiant RONALD GILFORD by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of **his** knowledge.

*[signature]*
Petitioner
Pro se

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Petition for Declaratory Judgment upon the Defendants by certified mail return receipt through the United States Postal Service at the address below:

Rubin Lublin, LLC
Attorney and Counselors at Law
C/o Peter Lublin
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Select Portfolio Servicing, Inc.
C/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Bank of New York Mellon Corporation
One Wall Street
New York, NY 10286

This 1st day of August 2016.

Ronald Gilford
Plaintiff
Pro se

Ronald Gilford
4054 Lyon Boulevard S.W.
Atlanta, GA 30331

Rubin Lublin, LLC
Attorneys & Counselors at Law
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092

VIA Certified Mail #7011 1150 0000 4109 7621 US        July 22, 2016

Re:  Select Portfolio Servicing        File# SPS-11-13217-12

Dear Mr. / Madam

　　　This letter is being sent in response to your advertising of a "**Notice of Sale Under Power Georgia, Fulton County**" for the account listed above. This is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692G Sec. 908(b) that your claim is disputed.

　　　I am Ronald Gilford and have attached documentation to show that I am the owner of the above property awarded to me in my divorce from Shannel Gilford on signed by Judge Bensonetta Tipton Lane, Fulton County Superior Court and dated July 1, 2016..

　　　I am in the process of a modification of my loan with Select Portfolio Servicing, Inc. and wish to keep my home.

　　　I am requesting that you suspend and/or cease and desist contact with Shannel Gilford, my now ex-wife on this account.

　　　You may contact me at my mailing address of 3645 Market Place Blvd., Suite 130-609, Atlanta, GA 30344-5748 in writing for confirmation.

Sincerely,

*[signature]*

Ronald Gilford

Fulton County Daily Report

# DAILY REPORT

**Publication Name:**
Fulton County Daily Report

**Publication URL:**
legals.dailyreportonline.com

**Publication City and State:**
Atlanta, GA

**Publication County:**
Fulton

**Notice Popular Keyword Category:**

**Notice Keywords:**
Shannel Gilford

**Notice Authentication Number:**
201607312114503824281
1236829099

**Notice URL:**
www.dailyreportonline.com/public-notices?keyword=0000130756

**Notice Publish Date:**
Thursday, July 28, 2016

## Notice Content

18207/07/201607/14/201607/21/201607/28/2016http://www.dailyreportonline.com/public-notices?keyword=0000130756>NOTICE OF SALE UNDER POWER GEORGIA, FULTON COUNTY By virtue of a Power of Sale contained in that certain Security Deed from SHANNEL GILFORD to Mortgage Electronic Registration Systems, Inc as nominee for Countrywide Home Loans, Inc. , dated August 18, 2005, recorded September 2, 2005, in Deed Book 40818, Page 99, Fulton County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Six Hundred Sixteen Thousand and 00/100 dollars ($616,000.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56, there will be sold at public outcry to the highest bidder for cash at the Fulton County Courthouse, within the legal hours of sale on the first Tuesday in August, 2016, all property described in said Security Deed including but not limited to the following described property: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 44 OF THE 14TH DISTRICT, FULTON COUNTY, GEORGIA, BEING LOT 9 OF NISKEY LAKE FALLS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 235, PAGE 16, FULTON COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE. SUBJECT TO ANY RIGHT OF WAY DEED OR OTHER EASEMENTS OF RECORD. Said legal description being controlling, however the property is more commonly known as 4054 LYON BLVD SW, ATLANTA, GA 30331. The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. Theindebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note. Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is SHANNEL GILFORD, CARLOS VELAQUEZ AND SHANNEL M. GILFORD, AS TRUSTEE OF NOVA GROUP TRUST, SHANNEL GILFORD, or tenants(s). The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Select Portfolio Servicing, Inc., Loss Mitigation Dept., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119, Telephone Number: 888-818-6032. BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56 as Attorney in Fact for SHANNEL GILFORD THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071 Telephone Number: (877) 813-0992 Case No. SPS-11-13217-12 Ad Run Dates 07/07/2016, 07/14/2016, 07/21/2016, 07/28/2016 www.rubinlublin.com/property-listings.phpc #0000130756:7/7-4sh

Back